AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

XYMOGEN, INC., an Illinois corporation )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No.
DIGITALEV, LLC, a Colorado ) 6:17-CV-869-ORL-31-KRS
liability company, )
d/b/a PURE THERAPEUTICS )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DIGITALEV, LLC
c/o Guy Shalev
2055 Newton Street
Denver, CO 80211

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John A. Schifino, Esq.
Burr & Forman LLP
201 N. Franklin Street, Suite 3200
Tampa, FL 33602
Telephone: 813.221.2626

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5-16-17

*Signature of Clerk or Deputy Clerk*