**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

XYMOGEN, INC., an Illinois
corporation,

    Plaintiff,

v.                                       Case No.:  6:17-cv-869-Orl-31KRS

DIGITALEV, LLC, a Colorado
limited liability company,
d/b/a PURE THERAPEUTICS,

    Defendant.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS         related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:

                          _____
                          _____
                          _____

__X__ IS NOT    related to pending or closed civil or criminal case filed with this Court, or any other Federal or State Court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:  June 1, 2017

          Respectfully submitted,

          */s/  John A. Schifino*
          John A. Schifino, Esq.
          Florida Bar No. 0072321
          Harvey S. Kauget, Esq.
          Florida Bar No. 116254
          **BURR & FORMAN LLP**
          One Tampa City Center, Suite 3200
          201 N. Franklin Street (33602)
          Post Office Box 380
          Tampa, Florida  33601-0380
          (813) 221-2626 (telephone)
          (813) 221-7335 (facsimile)
          jschifino@burr.com (primary)
          hkauget@burr.com (primary)
          ccook@burr.com (secondary)

          Attorneys for Plaintiff, XYMOGEN, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 1, 2017, I electronically filed the foregoing with the Clerk of the Court, U.S. District Court, Middle District of Florida, Orlando Division, by using the CM/ECF system which will effectuate service on all counsel of record.

          */s/  John A. Schifino*
          John A. Schifino, Esq.

29768039 v1
06/01/2017 2:31 PM