**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

XYMOGEN, INC., an Illinois
corporation,

    Plaintiff,

v.                                                Case No.:  6:17-cv-869-Orl-31KRS

DIGITALEV, LLC, a Colorado
limited liability company,
d/b/a PURE THERAPEUTICS,

    Defendant.
_____/

**XYMOGEN, INC.'S CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

    Plaintiff, Xymogen, Inc., discloses the following:

    **1.  The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:**

- Xymogen, Inc. - Plaintiff
- John A. Schifino and Harvey S. Kauget, Counsel for Plaintiff
- Burr & Forman LLP, Law Firm for Plaintiff
- Digitalev, LLC - Defendant

    **2.  The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

    None

    **3.  The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

    None

**4.** **The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

Xymogen, Inc.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: June 1, 2017

                               Respectfully submitted,

                               */s/  John A. Schifino*
                               John A. Schifino, Esq.
                               Florida Bar No. 0072321
                               Harvey S. Kauget, Esq.
                               Florida Bar No. 116254
                               **BURR & FORMAN LLP**
                               One Tampa City Center, Suite 3200
                               201 N. Franklin Street (33602)
                               Post Office Box 380
                               Tampa, Florida  33601-0380
                               (813) 221-2626 (telephone)
                               (813) 221-7335 (facsimile)
                               jschifino@burr.com (primary)
                               hkauget@burr.com (primary)
                               ccook@burr.com (secondary)

                               Attorneys for Plaintiff, XYMOGEN, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 1, 2017, I electronically filed the foregoing with the Clerk of the Court, U.S. District Court, Middle District of Florida, Orlando Division, by using the CM/ECF system which will effectuate service on all counsel of record.

                               */s/  John A. Schifino*
                               John A. Schifino, Esq.