AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:17-cv-00869-GAP-KRS

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* <u>DIGITALEV, LLC d.b.a Pure Therapeutics</u> was received by me on *(date)* <u>Jul 20, 2017, 3:04 pm.</u>

☐  I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒  I served the summons and Complaint, on *(name of individual)* <u>Guy Shalev, Registered Agent</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>DIGITALEV, LLC d.b.a Pure Therapeutics</u> on *(date)* <u>Sat, Jul 22 2017 at 6:31 PM</u> ; or

☐  I returned the summons unexecuted because: _____ ; or

☐  Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: July 25, 2017

_____
*Server's signature*

Patrick Aragon, Private Process Server
_____
*Printed name and title*

10270 W. Mississippi Ave. #3210, Lakewood, CO 80226
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Jul 20, 2017, 8:55 pm MDT at Home: 2055 Newton Street, Denver, CO 80211 No answer at the door, blinds open, lights off

2) Successful Attempt: Jul 22, 2017, 6:31 pm MDT at Home: 2055 Newton Street, Denver, CO 80211 received by Guy Shalev. Age: 30's; Ethnicity: Caucasian; Gender: Male; Weight: 230; Height: 6'3"; Hair: Brown; Relationship: Registered Agent ;
I saw a male outside of home. As I walked up he started walking in the home. I asked for Guy Shalev and he said he was not him. I asked for ID and he closed the door. I told him I was serving him, Guy Shalev, by refusal and placed documents at the front door. He said threw his door that I better take them.